*3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC HAWKINS,

    Defendant.

_____/

Case:2:21-cr-20438
Judge: Tarnow, Arthur J.
MJ: Altman, Kimberly G.
Filed: 06-30-2021 At 03:50 PM
INDI USA V. HAWKINS (DA)

VIO:  18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about April 24, 2021, in the Eastern District of Michigan, the defendant, ERIC HAWKINS, having previously been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, and knowing that he had previously been convicted of a felony, did knowingly possess a firearm, namely a black Diamondback, model AM2, 9mm pistol, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

As a result of violating Title 18, United States Code, Section 922(n) as set forth in this Indictment, upon conviction the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit

*s/ Caitlin B. Casey*
CAITLIN B. CASEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9769
Caitlin.Casey@usdoj.gov

Dated: June 30, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:2:21-cr-20438<br>Judge: Tarnow, Arthur J.<br>MJ: Altman, Kimberly G.<br>Filed: 06-30-2021 At 03:50 PM<br>INDI USA V. HAWKINS (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: *CBC* |

Case Title: USA v.  ERIC HAWKINS

County where offense occurred :  Wayne

Check One:      ☒ Felony          ☐ Misdemeanor          ☐ Petty

   ✓ Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number:                    ]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 30, 2021
      Date

Caitlin B. Casey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9769
Fax:     (313) 226-2372
E-Mail address: caitlin.casey@usdoj.gov
Attorney Bar #: IL 6312495

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.